UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 19-10145 |
| DIONE VELEZ | ) | CHAPTER 7 |
| | ) | |
| | ) | JUDGE: ARTHUR HARRIS |
| Debtor | ) | |

**TRANSMITTAL OF UNCLAIMED FUNDS**

    Alan J. Treinish, Trustee of this Estate, reports the following:

Ninety days have passed since the Non Estate Funds Check was issued to the Debtor. A Stop Payment has been issued on the following check(s):

Account No. 7551500000836

12/4/19 Check No. 2001 made payable to DIONE VELEZ. in the amount of $2,262.81

Your Trustee's check number 2003 in the above respective amount payable to the Clerk of the United States Bankruptcy Court is being electronically transmitted through ACH Direct Debit this date.


Date:  March 4, 2020                                                         /s/ Alan J. Treinish
                                                                                       ALAN J. TREINISH, Trustee