```
                        United States Bankruptcy Court
                           Northern District of Ohio

In re:                                                    Case No. 19-10145-aih
Dione H. Velez                                            Chapter 7
          Debtor
                           CERTIFICATE OF NOTICE

District/off: 0647-1           User: lsmit        Page 1 of 1        Date Rcvd: Jul 02, 2020
                               Form ID: pdf826    Total Noticed: 2
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 04, 2020.
db              #+Dione H. Velez,    1728 Narragansett Blvd.,    Lorain, OH 44053-3312

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 02 2020 23:58:43
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Credit Acceptance Corporation
cr              US Bank NA
                                                                   TOTALS: 2, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 04, 2020                      Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 2, 2020 at the address(es) listed below:
          Alan J. Treinish    alan@treinishlpa.com,   atreinish@ecf.axosfs.com
          Edward A. Bailey    on behalf of Defendant   Credit Acceptance Corp. bknotice@reimerlaw.com
          Joel K. Jensen    on behalf of Creditor    US Bank NA nohbk@lsrlaw.com
          Richard John LaCivita    on behalf of Creditor    Credit Acceptance Corporation
           bknotice@reimerlaw.com
          Robert D. Barr    on behalf of Trustee Alan J. Treinish rbarr@koehler.law,   rbarr@koehler.law
          Robert D. Barr    on behalf of Plaintiff Alan J. Treinish rbarr@koehler.law,   rbarr@koehler.law
          Steven  Emery    on behalf of Debtor Dione H. Velez semery@ohiolegalclinic.com,
           rausermail@ohiolegalclinic.com;nkrenisky@ohiolegalclinic.com;rauserlaw@gmail.com;rauser@bestclien
           tinc.com;rauserandassociates@gmail.com;rauserecfmail@gmail.com;AuteroBR51159@notify.bestcase;
           Rauser_BestClient@mai
                                                                              TOTAL: 7

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically on July 1, 2020, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: July 1, 2020**



ARTHUR I. HARRIS
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re: DIONE H. VELEZ )  Case No. 19-10145
)
)  Chapter 7
)
Debtor(s) )  Judge Arthur I. Harris
)
)  **ORDER FOR PAYMENT OF**
)  **FEES AND EXPENSES**

*******************************************************************************

    After hearing(s) held under Federal Rule of Bankruptcy Procedure 2002(a)(6) (f) and/or the Court's consideration of applications for compensation and reimbursement of expenses properly before it, and further, the Clerk having calculated the miscellaneous fees owed under 28 U.S.C. § 1930(b), IT IS ORDERED that these fees and expenses shall be paid by the Trustee from the estate:

| | | |
|---|---|---|
| TRUSTEE FEE: | Alan J. Treinish | $1653.90 |
| TRUSTEE EXPENSES: | Alan J. Treinish | $ 18.50 |
| ATTORNEY FOR TRUSTEE FEES: | Robert D. Barr | $3450.00 |
| ATTORNEY FOR TRUSTEE EXP.: | | $0 |
| ATTORNEY FOR DEBTOR FEE: | | $0 |
| ATTORNEY FOR DEBTOR EXP.: | | $0 |
| ACCOUNTANT FEE: | | $0 |
| ACCOUNTANT EXP.: | | $0 |
| U.S. TRUSTEE QUARTERLY FEES: | | $0 |
| OTHER: | | $0 |

FEES PAYABLE TO THE CLERK, U.S. BANKRUPTCY COURT:

| | |
|---|---|
| RE-OPENING | $0 |
| COMPLAINTS | $350.00 |
| NOTICE FEES | $0 |
| LABELS/COPIES | $0 |

    Total Fees Payable To The Clerk, U.S. Bankruptcy Court:    $ 350.00

    IT IS FURTHER ORDERED that these fees and expenses shall be paid only after a Report of Distribution, reviewed by the Office of the U.S. Trustee, has been filed with the Court.